1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, et al., | CASE NO.: 2:10-cv-1242-KJD-PAL |
| Plaintiffs, | |
| vs. | **JUDGMENT** |
| ALLIE, LLC, a Nevada limited liability company, d/b/a ALL CITIES CONCRETE COMPANY, et al., | |
| Defendants. | |

Upon application by Plaintiffs herein for a default judgment pursuant to FED. R. CIV. P. 55(b)(2) and it appearing to the Court that the default of Defendant MS Concrete Co., Inc. was entered on September 15, 2010 in the office of the Clerk of this Court; that the default of Defendant Walker Landscape, Inc. was entered on August 25, 2010 in the office of the Clerk of this Court; and that such Defendants have failed to provide to this Court good cause to set their respective defaults aside,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Plaintiffs TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST; and TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS

TRUST shall recover from the following Defendants these amounts:

*From* MS Concrete Co., Inc. ............................................................ **$ 2,636.29**; and
*from* Walker Landscape, Inc............................................................ **$ 2,083.75**

Post-judgment interest shall continue to accrue on these amounts at the contractual rate of 4% per annum.

Dated: 10/20/10

_____
UNITED STATES DISTRICT JUDGE

- 2 -